Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 21−19958−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Gamaliel Alexander Posey Sr.
   592 Taylor Rd.
   Franklinville, NJ 08322

Social Security No.:
   xxx−xx−6724

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:              3/2/22
Time:              10:00 AM
Location:          4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: January 4, 2022
JAN: lgr

                                        Jeanne Naughton
                                        Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  
Gamaliel Alexander Posey, Sr.  
    Debtor

Case No. 21-19958-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2  
Date Rcvd: Jan 04, 2022      Form ID: 132      Total Noticed: 16

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 06, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gamaliel Alexander Posey, Sr., 592 Taylor Rd., Franklinville, NJ 08322-3625 |
| 519475765 | + | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 519475766 | + | Apothaker Scian, PC, 520 Fellowship Rd. - C306, Mount Laurel, NJ 08054-3410 |
| 519475768 |  | H&R Block, PO Box 105824, Atlanta, GA 30348-5824 |
| 519475770 | + | Jefferson Capital Systems, LLC (Walmart Card), 16 McLeland Rd, Saint Cloud, MN 56303-2198 |
| 519475771 | + | KML Law Group, PC, 701 Market St. - Suite 5000, Philadelphia, PA 19106-1541 |
| 519475773 |  | OneMain Fin Issue Trust 2015-2, 601 North West Second Stree, Evansville, IN 47708 |
| 519475776 |  | SunTrust, American Education Services, PO Box 2461, Harrisburg, PA 17105-2461 |
| 519475777 | + | Zwicker & Asociates, PC, 80 Minuteman Rd., Andover, MA 01810-1008 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 04 2022 20:43:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 04 2022 20:43:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519475767 | + | Email/Text: bankruptcy@cavps.com | Jan 04 2022 20:43:00 | Cavalry SPV I, LLC, 500 Summit Lake Dr, Suite 400, Valhalla, NY 10595-2321 |
| 519475769 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 04 2022 20:43:00 | Internal Revenue Service, Bankruptcy Section, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 519475772 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 04 2022 20:43:00 | Midland Funding, LLC, Consumer Support Services, 320 E Big Beaver Rd, Suite 300, Troy, MI 48083-1271 |
| 519475774 | + | Email/Text: bankruptcyteam@quickenloans.com | Jan 04 2022 20:43:00 | Quicken Loans, LLC, 635 Woodward Ave, Detroit, MI 48226-3408 |
| 519475775 | + | Email/Text: bankruptcyteam@quickenloans.com | Jan 04 2022 20:43:00 | Rocket Mortgage, 1050 Woodward Ave., Detroit, MI 48226-3573 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 04, 2022 | Form ID: 132 | Total Noticed: 16 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2022              Signature:       /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 4, 2022 at the address(es) listed below:

**Name**              **Email Address**

Isabel C. Balboa

ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Steven J. Richardson

on behalf of Debtor Gamaliel Alexander Posey  Sr. ecf@richardsonlawoffices.com, 8505@notices.nextchapterbk.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 3