# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>Gamaliel Alexander Posey, Sr.,<br><br>Debtor. | Case No.: 21-19958-JNP<br>Chapter 13 |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that the undersigned hereby appears on behalf of American Express National Bank, and pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, requests that all notices sent in this case and all papers and pleadings filed in this case be served upon the undersigned as follows:

> G. Todd Pondish, Esq.
> Zwicker & Associates, P.C.
> 1020 Laurel Oak Rd., Suite 303
> Voorhees, N.J. 08043
> 1.856.784.7077
> tpondish@zwickerpc.com

Dated: 1/26/22                        Respectfully submitted,

AMERICAN EXPRESS NATIONAL BANK,

By its attorney,

/s/ G. Todd Pondish
G. Todd Pondish, Esq.
Zwicker & Associates, P.C.
1020 Laurel Oak Rd., Suite 303
Voorhees, N.J. 08043
1.856.784.7077
tpondish@zwickerpc.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on this  26th  of  January , 2022 I caused a copy of the foregoing Notice of Appearance and Request for Notice to be served by electronic filing and on the following persons by first-class mail, postage prepaid:

Steven J. Richardson
Law Offices of Steven J. Richardson, PC
40 Newton Ave.
Woodbury, NJ 08096
Counsel for the Debtor

Isabel C. Balboa
Cherry Tree Corporate Center
535 Route 38 - Suite 580
Cherry Hill, NJ 08002
Standing Chapter 13 Trustee

U.S. Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102

/s/ G. Todd Pondish
G. Todd Pondish, Esq.