Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 21−19958−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Gamaliel Alexander Posey Sr.
   592 Taylor Rd.
   Franklinville, NJ 08322

Social Security No.:
   xxx−xx−6724

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on April 7, 2022.


Dated: April 7, 2022
JAN: har

                                                                  Jeanne Naughton
                                                                  Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 21-19958-JNP

Gamaliel Alexander Posey, Sr.  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1  User: admin  Page 1 of 2

Date Rcvd: Apr 07, 2022  Form ID: plncf13  Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gamaliel Alexander Posey, Sr., 592 Taylor Rd., Franklinville, NJ 08322-3625 |
| aty | + | Gilbert Todd Pondish, Zwicker & Associates, P.C., 1020 Laurel Oak Rd., Suite 303, Voorhees, NJ 08043-3518 |
| cr | + | American Express National Bank, AENB, c/o Zwicker, P.O. Box 9043, 80 Minuteman Rd., Andover, MA 01810, UNITED STATES 01810-1008 |
| 519475766 | + | Apothaker Scian, PC, 520 Fellowship Rd. - C306, Mount Laurel, NJ 08054-3410 |
| 519475768 | | H&R Block, PO Box 105824, Atlanta, GA 30348-5824 |
| 519475770 | + | Jefferson Capital Systems, LLC (Walmart Card), 16 McLeland Rd, Saint Cloud, MN 56303-2198 |
| 519475771 | + | KML Law Group, PC, 701 Market St. - Suite 5000, Philadelphia, PA 19106-1541 |
| 519475773 | | OneMain Fin Issue Trust 2015-2, 601 North West Second Stree, Evansville, IN 47708 |
| 519491106 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 519475776 | | SunTrust, American Education Services, PO Box 2461, Harrisburg, PA 17105-2461 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 07 2022 20:37:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 07 2022 20:37:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519475765 | + | Email/PDF: bncnotices@becket-lee.com | Apr 07 2022 20:41:50 | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 519488344 | + | Email/Text: bkfilings@zwickerpc.com | Apr 07 2022 20:37:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 519475767 | + | Email/Text: bankruptcy@cavps.com | Apr 07 2022 20:37:00 | Cavalry SPV I, LLC, 500 Summit Lake Dr, Suite 400, Valhalla, NY 10595-2321 |
| 519478093 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 07 2022 20:41:45 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519475769 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 07 2022 20:37:00 | Internal Revenue Service, Bankruptcy Section, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 519519108 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 07 2022 20:37:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519477764 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 07 2022 20:41:53 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519475772 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 07 2022 20:37:00 | Midland Funding, LLC, Consumer Support Services, 320 E Big Beaver Rd, Suite 300, Troy, MI 48083-1271 |
| 519491106 | + | Email/Text: bncnotifications@pheaa.org | Apr 07 2022 20:37:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |

Case 21-19958-JNP    Doc 34    Filed 04/09/22    Entered 04/10/22 00:12:12    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 07, 2022 | Form ID: plncf13 | Total Noticed: 25 |

| | | | |
|---|---|---|---|
| 519475774 | + Email/Text: bankruptcyteam@quickenloans.com<br>Apr 07 2022 20:37:00 | | Quicken Loans, LLC, 635 Woodward Ave, Detroit, MI 48226-3408 |
| 519475775 | + Email/Text: bankruptcyteam@quickenloans.com<br>Apr 07 2022 20:37:00 | | Rocket Mortgage, 1050 Woodward Ave., Detroit, MI 48226-3573 |
| 519485729 | + Email/Text: bankruptcyteam@quickenloans.com<br>Apr 07 2022 20:37:00 | | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519475776 | Email/Text: bncnotifications@pheaa.org<br>Apr 07 2022 20:37:00 | | SunTrust, American Education Services, PO Box 2461, Harrisburg, PA 17105-2461 |
| 519544664 | Email/PDF: OGCRegionIIBankruptcy@hud.gov<br>Apr 07 2022 20:41:49 | | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 519475777 | + Email/Text: bkfilings@zwickerpc.com<br>Apr 07 2022 20:37:00 | | Zwicker & Asociates, PC, 80 Minuteman Rd., Andover, MA 01810-1008 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2022                Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2022 at the address(es) listed below:

**Name**                **Email Address**

Denise E. Carlon
on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Gilbert Todd Pondish
on behalf of Creditor American Express National Bank AENB, c/o Zwicker & Associates P.C. Agent/ Attorney For Creditor tpondish@zwickerpc.com, bknotices@zwickerpc.com

Isabel C. Balboa
ecfmail@standingtrustee.com summarymail@standingtrustee.com

Rebecca Ann Solarz
on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. rsolarz@kmllawgroup.com

Steven J. Richardson
on behalf of Debtor Gamaliel Alexander Posey Sr. ecf@richardsonlawoffices.com, 8505@notices.nextchapterbk.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6