Printed on: 12/31/2022  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 21-19958 (JNP)

Gamaliel A. Posey, Sr.  
592 Taylor Road  
Franklinville, NJ  08322

Monthly Payment: $2,614.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2022 to 12/31/2022**  
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/10/2022 | $2,631.66 | 02/14/2022 | $2,631.66 | 03/02/2022 | $2,631.66 | 04/01/2022 | $2,631.66 |
| 05/16/2022 | $2,614.00 | 07/15/2022 | $2,614.00 | 07/29/2022 | $2,614.00 | 09/26/2022 | $2,614.00 |
| 10/13/2022 | $2,614.00 | | | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | GAMALIEL A. POSEY, SR. | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | STEVEN J. RICHARDSON, ESQUIRE | 13 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1 | AMERICAN EXPRESS NATIONAL BANK, AENB | 24 | $3,369.42 | $971.30 | $2,398.12 | $0.00 |
| 2 | APOTHAKER SCIAN, PC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | CAVALRY SPV I, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | H&R BLOCK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | DEPARTMENT OF THE TREASURY | 28 | $916.95 | $0.00 | $916.95 | $0.00 |
| 6 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $1,564.75 | $0.00 | $1,564.75 | $0.00 |
| 7 | KML LAW GROUP, PC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | MIDLAND FUNDING, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | ONEMAIN FIN ISSUE TRUST 2015-2 | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | QUICKEN LOANS, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | ROCKET MORTGAGE, LLC | 24 | $71,592.93 | $20,637.98 | $50,954.95 | $0.00 |
| 12 | ECMC | 33 | $4,433.06 | $0.00 | $4,433.06 | $0.00 |
| 13 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | GAMALIEL ALEXANDER POSEY SR. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | STEVEN J. RICHARDSON | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | LVNV FUNDING, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | DIRECTV, LLC | 33 | $1,272.58 | $0.00 | $1,272.58 | $0.00 |
| 20 | LVNV FUNDING, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | LVNV FUNDING, LLC | 33 | $579.49 | $0.00 | $579.49 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 01/01/2022 | 3.00 | $0.00 |
| 04/01/2022 | Paid to Date | $10,526.64 |
| 05/01/2022 | 32.00 | $2,614.00 |
| 01/01/2025 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $23,596.64 |
| Total paid to creditors this period: | $0.00 |
| Undistributed Funds on Hand: | $0.00 |
| Arrearages: | $7,842.00 |
| Attorney: | STEVEN J. RICHARDSON, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**