UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Rocket Mortgage, LLC

In Re:

Gamaliel Alexander Posey,

Debtor.

Case No.:      21-19958-JNP

Chapter:              13

Hearing Date:      04/11/2023

Judge:              Poslusny

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Motoin for Relief from Stay: 592 Taylor Road (Docket # 39)

_____

Date: 4/10/2023                                    /s/ Denise Carlon
                                                   Signature

*rev.8/1/15*