Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  21−19958−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Gamaliel Alexander Posey Sr.
    592 Taylor Rd.
    Franklinville, NJ 08322

Social Security No.:
    xxx−xx−6724

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on April 7, 2022.

On June 1, 2023 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:                July 5, 2023
Time:                01:00 PM
Location:            4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper
Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1.    Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
      a written rejection to the modified plan.

2.    Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
      of a secure claim, such holders acceptance or rejection of the Plan before modification will
      be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
      holders acceptance or rejection of the Plan within the time fixed.

3.    **If, at the confirmation hearing, the Court determines that the plan is not confirmable,**
      **the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: June 1, 2023
JAN:

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                              Case No. 21-19958-JNP

Gamaliel Alexander Posey, Sr.                                                          Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                                    User: admin                                              Page 1 of 3

Date Rcvd: Jun 01, 2023                          Form ID: 185                                      Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gamaliel Alexander Posey, Sr., 592 Taylor Rd., Franklinville, NJ 08322-3625 |
| aty | + | Gilbert Todd Pondish, Zwicker & Associates, P.C., 1020 Laurel Oak Rd., Suite 303, Voorhees, NJ 08043-3518 |
| cr | + | American Express National Bank, AENB, c/o Zwicker, P.O. Box 9043, 80 Minuteman Rd., Andover, MA 01810, UNITED STATES 01810-1008 |
| 519475766 | #+ | Apothaker Scian, PC, 520 Fellowship Rd. - C306, Mount Laurel, NJ 08054-3410 |
| 519475768 | | H&R Block, PO Box 105824, Atlanta, GA 30348-5824 |
| 519475773 | | OneMain Fin Issue Trust 2015-2, 601 North West Second Stree, Evansville, IN 47708 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 01 2023 20:59:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 01 2023 20:59:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519475765 | + | Email/PDF: bncnotices@becket-lee.com | Jun 01 2023 21:08:44 | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 519488344 | + | Email/Text: bkfilings@zwickerpc.com | Jun 01 2023 20:59:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 519475767 | + | Email/Text: bankruptcy@cavps.com | Jun 01 2023 20:59:00 | Cavalry SPV I, LLC, 500 Summit Lake Dr, Suite 400, Valhalla, NY 10595-2321 |
| 519478093 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 01 2023 21:08:32 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519688089 | | Email/Text: ECMCBKNotices@ecmc.org | Jun 01 2023 20:59:00 | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN, 55116-0408 |
| 519688090 | | Email/Text: ECMCBKNotices@ecmc.org | Jun 01 2023 20:59:00 | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN, 55116-0408, Educational Credit Management Corporatio, PO Box 16408, St. Paul, MN, 55116-0408 |
| 519475769 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 01 2023 20:59:00 | Internal Revenue Service, Bankruptcy Section, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 519519108 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 01 2023 20:59:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519475770 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 01 2023 20:59:00 | Jefferson Capital Systems, LLC (Walmart Card), |

District/off: 0312-1 | User: admin | Page 2 of 3
Date Rcvd: Jun 01, 2023 | Form ID: 185 | Total Noticed: 27

| | | | |
|---|---|---|---|
| | | | 16 McLeland Rd, Saint Cloud, MN 56303-2198 |
| 519475771 | ^ MEBN | | |
| | | Jun 01 2023 20:57:53 | KML Law Group, PC, 701 Market St. - Suite 5000, Philadelphia, PA 19106-1541 |
| 519477764 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Jun 01 2023 21:08:41 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519475772 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Jun 01 2023 20:59:00 | Midland Funding, LLC, Consumer Support Services, 320 E Big Beaver Rd, Suite 300, Troy, MI 48083-1271 |
| 519491106 | + Email/Text: bncnotifications@pheaa.org | | |
| | | Jun 01 2023 20:58:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 519475774 | + Email/Text: bankruptcyteam@quickenloans.com | | |
| | | Jun 01 2023 20:59:00 | Quicken Loans, LLC, 635 Woodward Ave, Detroit, MI 48226-3408 |
| 519475775 | + Email/Text: bankruptcyteam@quickenloans.com | | |
| | | Jun 01 2023 20:59:00 | Rocket Mortgage, 1050 Woodward Ave., Detroit, MI 48226-3573 |
| 519485729 | + Email/Text: bankruptcyteam@quickenloans.com | | |
| | | Jun 01 2023 20:59:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519475776 | Email/Text: bncnotifications@pheaa.org | | |
| | | Jun 01 2023 20:58:00 | SunTrust, American Education Services, PO Box 2461, Harrisburg, PA 17105-2461 |
| 519544664 | Email/PDF: OGCRegionIIBankruptcy@hud.gov | | |
| | | Jun 01 2023 21:08:31 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 519475777 | + Email/Text: bkfilings@zwickerpc.com | | |
| | | Jun 01 2023 20:59:00 | Zwicker & Asociates, PC, 80 Minuteman Rd., Andover, MA 01810-1008 |

TOTAL: 21

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 03, 2023 | Signature: | /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C. Nicholas | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |

Gilbert Todd Pondish
                              on behalf of Creditor American Express National Bank  AENB, c/o Zwicker & Associates P.C. Agent/ Attorney For Creditor
                              tpondish@zwickerpc.com, bknotices@zwickerpc.com

Isabel C. Balboa
                              ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Steven J. Richardson
                              on behalf of Debtor Gamaliel Alexander Posey  Sr. ecf@richardsonlawoffices.com, 8505@notices.nextchapterbk.com

U.S. Trustee
                              USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 6