Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  21−19958−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Gamaliel Alexander Posey Sr.
   592 Taylor Rd.
   Franklinville, NJ 08322

Social Security No.:
   xxx−xx−6724

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on August 2, 2023.

Dated: August 2, 2023
JAN: as

                                                                  Jeanne Naughton
                                                                  Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                                                      Case No. 21-19958-JNP

Gamaliel Alexander Posey, Sr.                                                                                                                    Chapter 13

       Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                                                User: admin                                                Page 1 of 3
Date Rcvd: Aug 02, 2023                                     Form ID: plncf13                                          Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 04, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gamaliel Alexander Posey, Sr., 592 Taylor Rd., Franklinville, NJ 08322-3625 |
| aty | + | Gilbert Todd Pondish, Zwicker & Associates, P.C., 1020 Laurel Oak Rd., Suite 303, Voorhees, NJ 08043-3518 |
| cr | + | American Express National Bank, AENB, c/o Zwicker, P.O. Box 9043, 80 Minuteman Rd., Andover, MA 01810, UNITED STATES 01810-1008 |
| 519475766 | #+ | Apothaker Scian, PC, 520 Fellowship Rd. - C306, Mount Laurel, NJ 08054-3410 |
| 519475768 | | H&R Block, PO Box 105824, Atlanta, GA 30348-5824 |
| 519475773 | | OneMain Fin Issue Trust 2015-2, 601 North West Second Stree, Evansville, IN 47708 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 02 2023 23:54:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 02 2023 23:54:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519475765 | + | Email/PDF: bncnotices@becket-lee.com | Aug 03 2023 00:02:36 | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 519488344 | + | Email/Text: bkfilings@zwickerpc.com | Aug 02 2023 23:55:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 519475767 | + | Email/Text: bankruptcy@cavps.com | Aug 02 2023 23:54:00 | Cavalry SPV I, LLC, 500 Summit Lake Dr, Suite 400, Valhalla, NY 10595-2321 |
| 519478093 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 03 2023 00:02:33 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519688089 | | Email/Text: ECMCBKNotices@ecmc.org | Aug 02 2023 23:54:00 | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN, 55116-0408 |
| 519688090 | | Email/Text: ECMCBKNotices@ecmc.org | Aug 02 2023 23:54:00 | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN, 55116-0408, Educational Credit Management Corporatio, PO Box 16408, St. Paul, MN, 55116-0408 |
| 519475769 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 02 2023 23:54:00 | Internal Revenue Service, Bankruptcy Section, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 519519108 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 02 2023 23:54:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519475770 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 02 2023 23:54:00 | Jefferson Capital Systems, LLC (Walmart Card), |

| | | | | |
|---|---|---|---|---|
| District/off: 0312-1 | | User: admin | | Page 2 of 3 |
| Date Rcvd: Aug 02, 2023 | | Form ID: plncf13 | | Total Noticed: 27 |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 16 McLeland Rd, Saint Cloud, MN 56303-2198 |
| 519475771 | ^ | MEBN | Aug 02 2023 23:44:42 | KML Law Group, PC, 701 Market St. - Suite 5000, Philadelphia, PA 19106-1541 |
| 519477764 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 02 2023 23:51:15 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519475772 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 02 2023 23:54:00 | Midland Funding, LLC, Consumer Support Services, 320 E Big Beaver Rd, Suite 300, Troy, MI 48083-1271 |
| 519491106 | + | Email/Text: bncnotifications@pheaa.org | Aug 02 2023 23:53:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 519475774 | + | Email/Text: bankruptcyteam@quickenloans.com | Aug 02 2023 23:54:00 | Quicken Loans, LLC, 635 Woodward Ave, Detroit, MI 48226-3408 |
| 519475775 | + | Email/Text: bankruptcyteam@quickenloans.com | Aug 02 2023 23:54:00 | Rocket Mortgage, 1050 Woodward Ave., Detroit, MI 48226-3573 |
| 519485729 | + | Email/Text: bankruptcyteam@quickenloans.com | Aug 02 2023 23:54:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519475776 | | Email/Text: bncnotifications@pheaa.org | Aug 02 2023 23:53:00 | SunTrust, American Education Services, PO Box 2461, Harrisburg, PA 17105-2461 |
| 519544664 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Aug 03 2023 00:02:37 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 519475777 | + | Email/Text: bkfilings@zwickerpc.com | Aug 02 2023 23:55:00 | Zwicker & Asociates, PC, 80 Minuteman Rd., Andover, MA 01810-1008 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 04, 2023                Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 2, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C. Nicholas | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Aug 02, 2023 | Form ID: plncf13 | Total Noticed: 27 |

    bkgroup@kmllawgroup.com

Gilbert Todd Pondish

    on behalf of Creditor American Express National Bank  AENB, c/o Zwicker & Associates P.C. Agent/ Attorney For Creditor tpondish@zwickerpc.com, bknotices@zwickerpc.com

Isabel C. Balboa

    ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Steven J. Richardson

    on behalf of Debtor Gamaliel Alexander Posey  Sr. ecf@richardsonlawoffices.com, 8505@notices.nextchapterbk.com

U.S. Trustee

    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6