Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey

401 Market Street
Camden, NJ 08102

_____

Case No.:  21−19958−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Gamaliel Alexander Posey Sr.
    592 Taylor Rd.
    Franklinville, NJ 08322

Social Security No.:
    xxx−xx−6724

Employer's Tax I.D. No.:

_____

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/26/24.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: December 26, 2024
JAN: cm

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                          Case No. 21-19958-JNP

Gamaliel Alexander Posey, Sr.                                                   Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                          User: admin                          Page 1 of 3

Date Rcvd: Dec 26, 2024                       Form ID: 148                          Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gamaliel Alexander Posey, Sr., 592 Taylor Rd., Franklinville, NJ 08322-3625 |
| aty | + | Gilbert Todd Pondish, Zwicker & Associates, P.C., 1020 Laurel Oak Rd., Suite 303, Voorhees, NJ 08043-3518 |
| cr | + | American Express National Bank, AENB, c/o Zwicker, P.O. Box 9043, 80 Minuteman Rd., Andover, MA 01810, UNITED STATES 01810-1008 |
| 519475768 | | H&R Block, PO Box 105824, Atlanta, GA 30348-5824 |
| 519475773 | | OneMain Fin Issue Trust 2015-2, 601 North West Second Stree, Evansville, IN 47708 |
| 519475774 | + | Quicken Loans, LLC, 635 Woodward Ave, Detroit, MI 48226-3408 |
| 519475775 | + | Rocket Mortgage, 1050 Woodward Ave., Detroit, MI 48226-3573 |
| 519485729 | + | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 26 2024 21:30:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 26 2024 21:30:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519475765 | + | Email/PDF: bncnotices@becket-lee.com | Dec 26 2024 21:44:48 | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 519488344 | + | Email/Text: bkfilings@zwickerpc.com | Dec 26 2024 21:31:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 519475766 | ^ | MEBN | Dec 26 2024 21:23:17 | Apothaker Scian, PC, 520 Fellowship Rd. - C306, Mount Laurel, NJ 08054-3410 |
| 519475767 | + | Email/Text: bankruptcy@cavps.com | Dec 26 2024 21:30:00 | Cavalry SPV I, LLC, 500 Summit Lake Dr, Suite 400, Valhalla, NY 10595-2321 |
| 519478093 | + | EDI: AIS.COM | Dec 27 2024 02:13:00 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519688089 | | Email/Text: ECMCBKNotices@ecmc.org | Dec 26 2024 21:30:00 | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN, 55116-0408 |
| 519688090 | | Email/Text: ECMCBKNotices@ecmc.org | Dec 26 2024 21:30:00 | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN, 55116-0408, Educational Credit Management Corporatio, PO Box 16408, St. Paul, MN, 55116-0408 |
| 519475769 | + | EDI: IRS.COM | Dec 27 2024 02:13:00 | Internal Revenue Service, Bankruptcy Section, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 519519108 | | EDI: JEFFERSONCAP.COM | Dec 27 2024 02:13:00 | Jefferson Capital Systems LLC, Po Box 7999, |

District/off: 0312-1 | User: admin | Page 2 of 3
Date Rcvd: Dec 26, 2024 | Form ID: 148 | Total Noticed: 27

| | | | Saint Cloud MN 56302-9617 |
|---|---|---|---|
| 519475770 | + EDI: JEFFERSONCAP.COM | Dec 27 2024 02:13:00 | Jefferson Capital Systems, LLC (Walmart Card), 16 McLeland Rd, Saint Cloud, MN 56303-2198 |
| 519475771 | ^ MEBN | Dec 26 2024 21:23:58 | KML Law Group, PC, 701 Market St. - Suite 5000, Philadelphia, PA 19106-1541 |
| 519477764 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 26 2024 21:33:52 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519475772 | + Email/Text: bankruptcydpt@mcmcg.com | Dec 26 2024 21:30:00 | Midland Funding, LLC, Consumer Support Services, 320 E Big Beaver Rd, Suite 300, Troy, MI 48083-1271 |
| 519491106 | + Email/Text: bncnotifications@pheaa.org | Dec 26 2024 21:29:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 519475776 | Email/Text: bncnotifications@pheaa.org | Dec 26 2024 21:29:00 | SunTrust, American Education Services, PO Box 2461, Harrisburg, PA 17105-2461 |
| 519544664 | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Dec 26 2024 21:33:46 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 519475777 | + Email/Text: bkfilings@zwickerpc.com | Dec 26 2024 21:31:00 | Zwicker & Asociates, PC, 80 Minuteman Rd., Andover, MA 01810-1008 |

TOTAL: 19

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 28, 2024            Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 26, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gilbert Todd Pondish | on behalf of Creditor American Express National Bank  AENB, c/o Zwicker & Associates P.C. Agent/ Attorney For Creditor tpondish@zwickerpc.com, bknotices@zwickerpc.com |

Steven J. Richardson
                                    on behalf of Debtor Gamaliel Alexander Posey  Sr. ecf@richardsonlawoffices.com, 8505@notices.nextchapterbk.com

U.S. Trustee
                                    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 6